David G. Barker (#024657)
Cameron Schlagel (*pro hac vice* forthcoming)
Emily R. Parker (#036286)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: dbarker@swlaw.com
         cschlgel@swlaw.com
         eparker@swlaw.com
Attorneys for Plaintiff Carlisle Interconnect
Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlisle Interconnect Technologies, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Foresight Finishing, LLC, an Arizona limited liability company; Foresight Finishing Properties, LLC, an Arizona limited liability company,<br><br>Defendants. | No.<br><br>**PLAINTIFF CARLISLE INTERCONNECT TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff Carlisle Interconnect Technologies, Inc. ("Plaintiff") in compliance with the provisions of: (check one)

☒ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal rule of Criminal Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent

corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

☐ No such corporation.

☒ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (*Attach additional pages if needed*.)

<u>Carlisle Interconnect Technologies, Inc. is a subsidiary of Carlisle Companies Incorporated.</u>

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of the financial interest.* (*Attach additional pages if needed*.)

_____

☐ Other (please explain)

_____
_____

1   DATED this 27th day of April, 2022.

2                                           SNELL & WILMER L.L.P.

3

4                                    By: *s/ David G. Barker*
                                          David G. Barker
5                                         Cameron Schlagel
                                          Emily R. Parker
6                                         One Arizona Center
                                          400 E. Van Buren, Suite 1900
7                                         Phoenix, Arizona 85004-2202

8                                         Attorneys for Plaintiff Carlisle
                                          Interconnect Technologies, Inc.

- 3 -